# THE MARKS LAW FIRM, P.C.

**MEMO ENDORSED**

April 9, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/9/2021
```

**Filed via ECF**
Hon. Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 443
New York, New York 10007

      RE:    <u>Altaune Brown v. Happy Star Bakery Inc. et al</u>
              Index: 20-cv-10579-VEC

### REQUEST FOR ADJOURNMENT

Dear Judge Caproni,

      Plaintiff respectfully requests a thirty (30) day adjournment of the Initial Conference for the above referenced matter currently scheduled for April 16, 2021 at 10:00am.

      Defendants were served through the secretary of state on January 19, 2021. As of today, Defendants have not contacted Plaintiff, appeared, answered or otherwise moved. Plaintiff requests time to make additional attempts to contact Defendants and for Defendants to appear, answer or otherwise move. This is the first request of its kind.

      We thank you and the Court for its time and consideration on this matter.

Application DENIED.  Defendants' deadline to answer or move against the complaint is April 16, 2021.  No later than **April 23, 2021**, Plaintiff must move for default judgment consistent with the Court's individual practices.  Failure to move for default judgment will result in this case being dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Regards,

The Marks Law Firm, P.C.

SO ORDERED.

_Valerie Caproni_      4/9/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

By: _____
           Bradly G. Marks

---

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com